This memorandum is uncorrected and subject to revision before publication in the New York Reports.
----------------------------------------------------------------

No. 150
In the Matter of Viking Pump,
Inc. and Warren Pumps, LLC,
Insurance Appeals.
--------------------------------
Viking Pump, Inc. and Warren
Pumps, LLC,
                Appellants,
TIG Insurance Company, et al.,
                Respondents.


          William T. Pruitt, for appellant Viking Pump, Inc.
          Robin L. Cohen, for appellant Warren Pumps, LLC.
          Tancred V. Schiavoni, III, for respondents TIG
Insurance Company et al.
          Lynn H. Murray, for respondent Continental Insurance
Company.
          Timothy J. Houseal, for respondents OneBeacon America
Insurance Company et al.
          Kristin Suga Heres, for respondent Westport Insurance
Corporation.
          Amy R. Paulus, for respondent Old Republic Insurance
Company.
          Kathleen D. Monnes, for respondent Travelers Casualty
and Surety Company.
          Heather E. Simpson, for respondent TIG Insurance
Company.
          Laura McKay, for respondents Granite State Insurance
Company et al.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


Certification of questions by the Supreme Court of the State of
Delaware, pursuant to section 500.27 of the Rules of Practice of
the Court of Appeals (22 NYCRR 500.27), accepted and the issues
presented are to be considered after briefing and argument.
Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey
concur.  Chief Judge Lippman took no part.


Decided June 25, 2015